IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DARRELL KEITH CRITTENDEN | § | |
| VS. | § | CIVIL ACTION NO. 1:07cv603 |
| FEDERAL BUREAU OF PRISONS | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Darrell Keith Crittenden,  proceeding *pro se*, filed the above-styled civil rights lawsuit.

The court referred the matter to the Honorable Earl S. Hines, United States Magistrate Judge, for

consideration pursuant to applicable orders of this court.  The magistrate judge has submitted a

Report and Recommendation of United States Magistrate Judge recommending this lawsuit be

dismissed for want of prosecution.

The court has received and considered the Report and Recommendation of United States

Magistrate Judge, along with the records, pleadings and all available evidence.  No objections to

the Report and Recommendation were filed by the parties.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are

correct and the report of the magistrate judge is **ADOPTED**.  A final judgment will be entered

dismissing.

So **ORDERED** and **SIGNED** this **18** day of **April, 2008.**

_____
Ron Clark, United States District Judge